

# Fourth Court of Appeals
## San Antonio, Texas

November 12, 2019

No. 04-19-00759-CV

**IN THE INTEREST OF Z.L.M.C, A CHILD**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA01569
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

In the underlying suit to terminate the parent-child relationship, Appellant sought a court order for pretrial genetic testing. *See* TEX. FAM. CODE ANN. § 161.005(c); *In re C.E.*, 391 S.W.3d 200, 203 (Tex. App.—Houston [1st Dist.] 2012, no pet.). After a hearing, the trial court denied the motion and dismissed the suit. The trial court signed the order on September 5, 2019.

Appellant requested findings of fact and conclusions of law. *See* TEX. R. CIV. P. 296, 297.

"An appeal in a parental termination case is accelerated and must be filed within twenty days after the judgment is signed." *In re J.L.E.*, No. 05-11-01509-CV, 2012 WL 2343901, at *2 (Tex. App.—Dallas June 20, 2012, no pet.) (mem. op.) (dismissing an appeal of the denial of father's parental-rights termination suit—based on mistaken paternity—for an untimely filed notice of appeal); *accord In re J.A.R.*, No. 12-14-00208-CV, 2014 WL 3853912, at *1 (Tex. App.—Tyler Aug. 6, 2014, pet. denied) (mem. op.) (citing TEX. FAM. CODE ANN. § 109.002).

"[I]n an accelerated appeal, absent a rule 26.3 motion, the deadline for filing a notice of appeal is strictly set at twenty days after the judgment is signed, with no exceptions, and filing a rule 26.1(a) . . . request for findings of fact and conclusions of law will not extend that deadline." *In re K.A.F.*, 160 S.W.3d 923, 927 (Tex. 2005).

Appellant's notice of appeal was due on September 25, 2019. *See* TEX. R. APP. P. 26.1(b). A motion for extension of time to file a notice of appeal was due not later than October 10, 2019. *See id.* R. 26.3.

Appellant's notice of appeal was filed on October 23, 2019. *See generally Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) ("[A] motion for extension of time is necessarily implied when an appellant acting in good faith files a [notice of appeal] beyond the time allowed

by Rule [26.1], but *within* the fifteen-day period in which the appellant would be entitled to move to extend the filing deadline under Rule [26.3]." (emphasis added)).

Appellant's notice of appeal appears to be untimely. We ORDER Appellant to SHOW CAUSE within TEN DAYS of the date of this order why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a); *Verburgt*, 959 S.W.2d at 617 ("[O]nce the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction.").

If Appellant fails to show cause or respond as ordered, this appeal will be dismissed without further notice. *See* TEX. R. APP. P. 42.3(c).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of November, 2019.

Michael A. Cruz,
Clerk of Court